B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Massachusetts

In re **The Rugged Bear Company**, Debtor(s)

Case No. **11-10577-HJB**
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Artimoda S A<br>Av. El Santuario, N 1061<br>Urb. Zarate Industrial<br>San Jaun de Lurigancho<br>Lima, Peru | Fax: +011 511-375-2235<br>Artimoda S A<br>Av. El Santuario, N 1061<br>Urb. Zarate Industrial<br>Lima, Peru<br>+011 511-417-5200 | vendor | | 66,819.05 |
| Century Partners LTD<br>2 Market St.<br>South Burlington, VT 05403 | Melissa Adams<br>Century Partners LTD<br>2 Market St.<br>South Burlington, VT 05403<br>802-863-6500 | rent | | 65,868.72 |
| Chestnut Hill Shopping Center LLC<br>P.O. Box 846125<br>Boston, MA 02284-6125 | Bob Mooney<br>Chestnut Hill Shopping Center LLC<br>P.O. Box 846125<br>Boston, MA 02284-6125<br>617-232-8900 | rent | | 115,689.48 |
| Cotton Kids/Beadecked Inc.<br>Attn: Minnie Anderson<br>10201 Brennanhill Ct<br>Great Falls, VA 22066 | Minnie Anderson<br>Cotton Kids/Beadecked Inc.<br>Attn: Minnie Anderson<br>10201 Brennanhill Ct<br>Great Falls, VA 22066<br>cottonkids@cox.net | vendor | | 109,944.35 |
| Cotton Resources<br>Globaltex Inc.<br>Myles Standish Industrial Park<br>1000 Crane Ave South<br>Taunton, MA 02780 | Jeff Dodge<br>Cotton Resources<br>Globaltex Inc.<br>Myles Standish Industrial Park<br>Taunton, MA 02780<br>508-283-8043 | vendor | | 63,087.79 |
| Detwiler Fenton Group, Inc.<br>100 High Street<br>Suite 2800<br>Boston, MA 02110 | Detwiler Fenton Group, Inc.<br>100 High Street<br>Suite 2800<br>Boston, MA 02110 | noteholder | | 755,000.00 |
| DZ Trading LTS<br>58 West 40th St. 8th Floor<br>New York, NY 10018 | Fax: 212-869-5637<br>DZ Trading LTS<br>58 West 40th St. 8th Floor<br>New York, NY 10018<br>212-869-3939 | vendor | | 65,742.65 |

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com 

B4 (Official Form 4) (12/07) - Cont.

In re The Rugged Bear Company Case No. 11-10577-HJB

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

(Continuation Sheet)

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Edens & Avant<br>Wellesley (E&A), LLC<br>Department # 2371<br>P.O. Box 842274<br>Boston, MA 02284-2724** | **Glen Graubert<br>Edens & Avant<br>Wellesley (E&A), LLC<br>Department # 2371<br>Boston, MA 02284-2724<br>617-369-6605** | **rent** | | **70,288.16** |
| **EEAN Fashions<br>Plot No. 76 St-13/1, Sector 6/B<br>Abdullah Industrial<br>State North Karachi Ind Area<br>Karachi-Pakistan** | **Pinto - Fax: 9221-6902399<br>EEAN Fashions<br>Plot No. 76 St-13/1, Sector 6/B<br>Abdullah Industrial<br>Karachi-Pakistan<br>9221-6962427** | **vendor** | | **169,201.71** |
| **Kamik/Genfoot<br>c/o Mary Gustafson<br>Genfoot America, Inc.<br>P.O. Box 1785<br>Brattleboro, VT 05302-1785** | **Mary Gustafson<br>Kamik/Genfoot<br>c/o Mary Gustafson<br>Genfoot America, Inc.<br>Brattleboro, VT 05302-1785<br>800-341-3950** | **vendor** | | **242,201.34** |
| **Kliger Weiss Infosystems<br>99 Seaview Boulevard<br>Port Washington, NY 11050** | **Donna<br>Kliger Weiss Infosystems<br>99 Seaview Boulevard<br>Port Washington, NY 11050<br>800-873-5944x304** | **non-trade vendor** | | **76,705.88** |
| **Merrell<br>Wolverine World Wide, Inc.<br>P.O. Box 95592<br>Chicago, IL 60694-5592** | **Bruce McGlincy<br>Merrell<br>Wolverine World Wide, Inc.<br>P.O. Box 95592<br>Chicago, IL 60694-5592<br>800-748-0455 X-5721** | **vendor** | | **68,212.00** |
| **Nagog Mall, LLC<br>Chestnut Hill Shopping Center LLC<br>P.O. Box 846125<br>Boston, MA 02284-6125** | **Marcia Alevizos<br>Nagog Mall, LLC<br>Chestnut Hill Shopping Center LLC<br>P.O. Box 846125<br>Boston, MA 02284-6125<br>617-877-5895** | **rent** | | **80,946.65** |
| **Stop & Shop Supermarket Co<br>P.O. Box 3797<br>Boston, MA 02241-3797** | **Cheryl Walsh<br>Stop & Shop Supermarket Co<br>P.O. Box 3797<br>Boston, MA 02241-3797<br>617-770-7815** | **rent** | | **121,752.63** |
| **The Boston Globe<br>P.O. Box 415071<br>Boston, MA 02241-5071** | **The Boston Globe<br>P.O. Box 415071<br>Boston, MA 02241-5071<br>617-929-8807** | **non-trade vendor** | | **278,308.17** |

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com Best Case Bankruptcy

B4 (Official Form 4) (12/07) - Cont.

In re **The Rugged Bear Company** Case No. **11-10577-HJB**

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

(Continuation Sheet)

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Tophand Innovative Accessories LTD.<br>No.49 Jiefang Road<br>Jiaxing, Zhejiang<br>China** | **Fax: 86-573-82079453<br>Tophand Innovative Accessories LTD.<br>No.49 Jiefang Road<br>Jiaxing, Zhejiang<br>86-573-82089636** | **vendor** | | **73,305.96** |
| **Turtle Fur Company & Nordic Gear, Inc.<br>P.O. Box 1010<br>Morrisville, VT 05661** | **Ted Landry<br>Turtle Fur Company & Nordic Gear, Inc.<br>P.O. Box 1010<br>Morrisville, VT 05661<br>802-555-6400 x 246** | **vendor** | | **78,463.82** |
| **Urstadt Biddle Properties Inc.<br>P.O Box 21075<br>New York, NY 10286-2075** | **Donna Borchers,<br>Urstadt Biddle Properties Inc.<br>P.O Box 21075<br>New York, NY 10286-2075<br>203-863-8200** | **rent** | | **159,229.09** |
| **Washington Shoe Company<br>72nd Ave South<br>Kent, WA 98032** | **Fax: 253-134-3001<br>Washington Shoe Company<br>21001 72nd Ave South<br>Kent, WA 98032<br>253-134-3000** | **vendor** | | **71,860.60** |
| **Wee Ones, Inc.<br>Attn: Deidra and Kiki<br>33 Cherokee Dr.<br>Saint Peters, MO 63376** | **Kim<br>Wee Ones, Inc.<br>Attn: Deidra and Kiki<br>33 Cherokee Dr.<br>Saint Peters, MO 63376<br>800-258-9996 x304** | **vendor** | | **73,555.45** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President and CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **January 26, 2011** Signature

**Garrett Larson**
**President and CEO**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com Best Case Bankruptcy