B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### District of Massachusetts

In re    The Rugged Bear Company, f/d/b/a RB Acquisition Corporation         Case No.    11-10577-HJB
                                           Debtor(s)                          Chapter       11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Detwiler Fenton Group, Inc.<br>100 High Street<br>Suite 2800<br>Boston, MA 02110 | Steve Martino<br>Detwiler Fenton Group, Inc.<br>100 High Street<br>Suite 2800<br>Boston, MA 02110<br>617-747-0154  Fax: 617-747-0800 | noteholder | | 755,000.00 |
| The Boston Globe<br>P.O. Box 415071<br>Boston, MA 02241-5071 | Brent Turner<br>The Boston Globe<br>P.O. Box 415071<br>Boston, MA 02241-5071<br>617-929-2160 brent.turner@globe.com | non-trade vendor | | 278,308.17 |
| Kamik/Genfoot<br>c/o Mary Gustafson<br>Genfoot America, Inc.<br>P.O. Box 1785<br>Brattleboro, VT 05302-1785 | Mary Gustafson<br>Kamik/Genfoot<br>c/o Mary Gustafson<br>Genfoot America, Inc.<br>Brattleboro, VT 05302-1785<br>617-472-3021 | vendor | | 242,201.34 |
| EEAN Fashions<br>Plot No. 76 St-13/1, Sector 6/B<br>Abdullah Industrial<br>State North Karachi Ind Area<br>Karachi-Pakistan | Pinto - Fax: 9221-6902399<br>EEAN Fashions<br>Plot No. 76 St-13/1, Sector 6/B<br>Abdullah Industrial<br>Karachi-Pakistan<br>9221-6962427 pinto@eeanltd.com | vendor | | 169,201.71 |
| Donald C. Jones<br>Verite Capital Partners<br>1375 Broadway, 6th Floor<br>New York, NY 10018 | Donald C. Jones<br>Verite Capital Partners<br>1375 Broadway, 6th Floor<br>New York, NY 10018<br>212-764-5610 | promissory note | Unliquidated | 166,666.66 |
| Urstadt Biddle Properties Inc.<br>P.O Box 21075<br>New York, NY 10286-2075 | Donna Borchers<br>Urstadt Biddle Properties Inc.<br>P.O Box 21075<br>New York, NY 10286-2075<br>203-863-8200 fax: 203-861-6755 | rent | | 159,229.09 |

B4 (Official Form 4) (12/07) - Cont.

In re   The Rugged Bear Company, f/d/b/a RB Acquisition Corporation

Debtor(s)

Case No.   11-10577-HJB

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Stop & Shop Supermarket Co<br>P.O. Box 3797<br>Boston, MA 02241-3797 | Cheryl Walsh<br>Stop & Shop Supermarket Co<br>P.O. Box 3797<br>Boston, MA 02241-3797<br>617-770-7815 | rent | | 121,752.63 |
| Chestnut Hill Shopping Center LLC<br>P.O. Box 846125<br>Boston, MA 02284 | Bob Mooney<br>Chestnut Hill Shopping Center LLC<br>P.O. Box 846125<br>Boston, MA 02284-6125<br>617-232-8900 Fax: 617-734-4661 | rent | | 115,689.48 |
| Cotton Kids/Beadecked Inc.<br>Attn: Minnie Anderson<br>10201 Brennanhill Ct<br>Great Falls, VA 22066 | Minnie Anderson<br>Cotton Kids/Beadecked Inc.<br>Attn: Minnie Anderson<br>10201 Brennanhill Ct<br>Great Falls, VA 22066<br>cottonkids@cox.net | vendor | | 109,944.35 |
| Nagog Mall, LLC<br>Attn: Peter Alevizos, President<br>396 Washington Street<br>#325<br>Wellesley Hills, MA 02481 | Peter Alevizos, President<br>Nagog Mall, LLC<br>393 Washington Street<br>#325<br>Wellesley Hills, MA 02481<br>561.743.3721 Fax: 561.743.9215 | rent | | 80,946.65 |
| Turtle Fur Company & Nordic Gear, Inc.<br>P.O. Box 1010<br>Morrisville, VT 05661 | Tom Kairnes<br>Turtle Fur Company & Nordic Gear, Inc.<br>P.O. Box 1010<br>Morrisville, VT 05661<br>802-888-6400 fax: 802-888-3025 | vendor | | 78,463.82 |
| Kliger Weiss Infosystems<br>99 Seaview Boulevard<br>Port Washington, NY 11050 | Cesar Rivera<br>Kliger Weiss Infosystems<br>99 Seaview Boulevard<br>Port Washington, NY 11050<br>Fax: 516-621-3849 | non-trade vendor | | 76,705.88 |
| Wee Ones, Inc.<br>Attn: Deidra and Kiki<br>33 Cherokee Dr.<br>Saint Peters, MO 63376 | Kim Dykas<br>Wee Ones, Inc.<br>Attn: Deidra and Kiki<br>33 Cherokee Dr.<br>Saint Peters, MO 63376<br>800-258-9996 x304 fax 636-441-715 | vendor | | 73,555.45 |
| Tophand Innovative Accessories LTD.<br>No.49 Jiefang Road<br>Jiaxing, Zhejiang<br>China | Jay Rubin<br>Tophand Innovative Accessories LTD.<br>No.49 Jiefang Road<br>Jiaxing, Zhejiang<br>ph: 203.349.5159 jmr8866@yahoo.com | vendor | | 73,305.96 |

B4 (Official Form 4) (12/07) - Cont.

In re  The Rugged Bear Company, f/d/b/a RB Acquisition Corporation
                            Debtor(s)

Case No.   11-10577-HJB

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Washington Shoe Company<br>21001 72nd Ave South<br>Kent, WA 98032 | Bree Brewer<br>Washington Shoe Company<br>21001 72nd Ave South<br>Kent, WA 98032<br>253-134-3000 bree@westernchief.com | vendor | | 71,860.60 |
| Edens & Avant<br>Wellesley (E&A), LLC<br>Department # 2371<br>P.O. Box 842274<br>Boston, MA 02284-2724 | Glen Graubert<br>Edens & Avant<br>Wellesley (E&A), LLC<br>Department # 2371<br>Boston, MA 02284-2724<br>617-369-6605 | rent | | 70,288.16 |
| Merrell<br>Wolverine World Wide, Inc.<br>P.O. Box 95592<br>Chicago, IL 60694-5592 | Bruce McGlincy<br>Merrell<br>Wolverine World Wide, Inc.<br>P.O. Box 95592<br>Chicago, IL 60694-5592<br>800-748-0455 X-5721 | vendor | | 68,212.00 |
| Artimoda S A<br>Av. El Santuario, N 1061<br>Urb. Zarate Industrial<br>San Jaun de Lurigancho<br>Lima, Peru | Fax: +011 511-375-2235<br>Artimoda S A<br>Av. El Santuario, N 1061<br>Urb. Zarate Industrial<br>Lima, Peru<br>+011 511-417-5200 | vendor | | 66,819.05 |
| Century Partners LTD<br>2 Market St.<br>South Burlington, VT 05403 | Melissa Adams<br>Century Partners LTD<br>2 Market St.<br>South Burlington, VT 05403<br>802-863-6500 | rent | | 65,868.72 |
| DZ Trading LTS<br>58 West 40th St. 8th Floor<br>New York, NY 10018 | Fax: 212-869-5637<br>DZ Trading LTS<br>58 West 40th St. 8th Floor<br>New York, NY 10018<br>212-869-3939 | vendor | | 65,742.65 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President and CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  January 31, 2011            Signature  /s/ Garrett Larson
                                             Garrett Larson
                                             President and CEO

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.