**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                :
In re                                           :
                                                :
THE RUGGED BEAR COMPANY,                        :   Chapter 11
f/d/b/a RB ACQUISITION CORP.,                   :
                                                :   Case No. 11-10577-HJB
         Debtor.                                :
                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**NOTICE OF CONTINUED HEARING**

**PLEASE TAKE NOTICE** that a continued hearing has been scheduled on *Motion of the Debtor for an Order Pursuant to Sections 105, 361, 362, and 363 of the Bankruptcy Code (A) Authorizing Use of Cash Collateral; (B) Granting Adequate Protection; (C) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001; and (D) Granting Related Relief* for Tuesday, February 15, 2011 at 10:00 a.m., at the United States Bankruptcy Court, United States Courthouse, 300 State Street, Springfield, MA 01105.

| | |
|---|---|
| Dated: Boston, Massachusetts<br>February 1, 2011 | Respectfully submitted,<br><br>THE RUGGED BEAR COMPANY,<br>f/d/b/a RB ACQUISITION CORP.<br><br>By its proposed counsel,<br><br>*/s/ Charles A. Dale III*<br>Charles A. Dale III (BBO No. 558839)<br>Mackenzie L. Shea (BBO No. 666241)<br>K&L Gates LLP<br>State Street Financial Center<br>One Lincoln Street<br>Boston, Massachusetts 02111<br>Tel: (617) 261-3100<br>Fax: (617) 261-3175<br>E-mail:<br>   chad.dale@klgates.com<br>   mackenzie.shea@klgates.com |

BOS-1462372 v1