**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

| | |
|---|---|
| **In re:** ) | |
| ) | |
| **THE RUGGED BEAR CORPORATION,** ) | **Chapter 11** |
| ) | **Case No. 11-10577-HJB** |
| Debtor. ) | |

## AMENDED APPOINTMENT OF AN OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Pursuant to 28 U.S.C. § 586(a)(3), 11 U.S.C. § 1102 and Fed. R. Bankr. P. 2007, the United States Trustee appoints the following holders of unsecured claims to the Official Committee of Unsecured Creditors in the above-referenced case:

1. The Boston Globe[1]
   Attn: Brent Turner
   Boston, MA  02125
   Tel: 617-929-2160
   Fax: 617-929-9664
   E-mail: brent.turner@globe.com

2. Cotton Kids/Beadecked, Inc.
   Attn: Mrinalini "Minnie" Andersen
   10201 Brennan Hill Court
   Great Falls, VA  22066
   Tel:  703-927-9491
   Fax:  703-435-0338
   E-mail:  cottonkids@cox.net

3. Nagog Mall LLC
   Attn: Peter Alevizos
   396 Washington Street, #325
   Wellesley, MA  02482
   Tel:  561-743-3721
   Fax: 561-743-9215
   E-mail:  pzos@yahoo.com

   Creditor Rep:  Mark Lichtenstein, Esq.
   Kerstein, Coren & Lichtenstein LLP
   60 Walnut Street
   Wellesley, MA  02481
   Tel: 617-964-9393

---

[1]  Chairperson

        Fax: 617-244-6511
E-mail: mlicht@kcl-law.com

4. Wolverine Worldwide, Inc.
Attn: Richard Sleda
9341 Courtland Drive, NE
Rockford, MI 49351
Tel: 616-866-5618
Fax: 616-866-3878
E-mail: sledari@wwwinc.com

5. Wee Ones LLC
Attn: Miles P. Faust
33 Cherokee Drive
St. Peters, MO 63376
Tel: 636-441-6301
Fax: 636-441-7157
E-mail: miles@weeones.com

Creditor Rep: Robert Guest, Esq.
Affinity Law Group
1610 Des Peres Road, Suite 100
St. Louis, MO 63131
Tel: 314-872-3333
Fax: 314-872-3365
E-mail: bguest@affinitylawgrp.com

6. Century Partners, LP
Attn: Melissa Adams
2 Market Street
Burlington, VT 05403
Tel: 802-863-6500
Fax: 802-862-5828
E-mail: madams@judgecompanies.com

Creditor Rep: Erin Heins, Esq.
Langrock, Sperry & Wool
P.O. Box 721, 210 College Street
Burlington, VT 05402-0721
Tel: 802-864-0217
Fax: 802-864-0137
E-mail: eheins@langrock.com

        Respectfully submitted,

        WILLIAM K. HARRINGTON,

        United States Trustee

By:   */s/ Jennifer L. Hertz*
      Jennifer L. Hertz BBO#645081
      United States Department of Justice
      John W. McCormack Post Office and Courthouse
      5 Post Office Square, Suite 1000
      Boston, MA 02109
      PHONE:    (617) 788-0412
      FAX:    (617) 565-6368
      Jennifer.L.Hertz@usdoj.gov

Dated: February 7, 2011

## **CERTIFICATE OF SERVICE**

I certify that on February 7, 2011, true and correct copies of the foregoing amended appointment were served by CM/ECF upon those individuals who have filed CM/ECF notices of appearance in the Court's CM/ECF database and the persons listed above and below.

Paul W. Carey on behalf of Creditor Chestnut Hill Shopping Center LLC
pcarey@mirickoconnell.com, bankrupt@mirickoconnell.com

Charles A. Dale on behalf of Debtor The Rugged Bear Company
chad.dale@klgates.com, bobankruptcyecf@klgates.com

Joseph M. Downes on behalf of Creditor PJM Associates, LLC
jdownes@jdemeo.com

Douglas M. Evans on behalf of Creditor UB Darien, Inc.
devans@kmelaw.com

John Fitzgerald
USTPRegion01.BO.ECF@USDOJ.GOV

Taruna Garg on behalf of Creditor The Stop & Shop Supermarket Company LLC
tgarg@murthalaw.com

Marshall F. Newman on behalf of Creditor Katz Irrevocable Trust
mnewman@newmanlegal.com, jdamore@newmanlegal.com

Michael J. Pappone on behalf of Creditor TD Bank, N.A.
mpappone@goodwinprocter.com

Hobart F. Popick on behalf of Creditor Century Partners, LP
hpopick@langrock.com, jmurray@langrock.com

Mackenzie Shea on behalf of Debtor The Rugged Bear Company
mackenzie.shea@klgates.com, bobankruptcyecf@klgates.com

Christopher R. Vaccaro on behalf of Creditor Wellesley (E&A), LLC
cvaccaro@verizon.net

Via Email

Jay Rubin
Tophand Innovative Accessories
Email:  jmr8866@yahoo.com


Respectfully submitted,

WILLIAM K. HARRINGTON,

United States Trustee

By: */s/ Jennifer L. Hertz*
    Jennifer L. Hertz BBO#645081
    United States Department of Justice
    John W. McCormack Post Office and Courthouse
    5 Post Office Square, Suite 1000
    Boston, MA 02109
    PHONE:   (617) 788-0412
    FAX:   (617) 565-6368
    Jennifer.L.Hertz@usdoj.gov