UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |
|---|---|
| In re | ) |
|  | ) Chapter 11 |
| THE RUGGED BEAR COMPANY | ) Case No. 11-10577-HJB |
| f/d/b/a RB ACQUISITION CORP., | ) |
|  | ) |
| Debtor. | ) |
|  | ) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the Official Committee of Unsecured Creditors hereby appears by its proposed undersigned counsel, pursuant to Fed. R. Bankr. P. 9010(b) and MLBR 9010-3, and requests, pursuant to 11 U.S.C. § 342 and Fed. R. Bankr. P. 2002 and 9007, that all notices given or required to be given and all papers served or required to be served in this case be given to and served upon the undersigned counsel at the address set forth below.

OFFICIAL COMMITTEE OF
UNSECURED CREDITORS

By its proposed counsel,

/s/ Steven C. Reingold
_____
Bruce F. Smith (BBO No. 467900)
Steven C. Reingold (BBO No. 638649)
Brendan C. Recupero (BBO No. 645032)
JAGER SMITH P.C.
One Financial Center
Boston, Massachusetts 02111
telephone: (617) 951-0500
facsimile: (617) 951-2414
email: sreingold@jagersmith.com

Dated: February 8, 2011

313964_1

**CERTIFICATE OF SERVICE**

I, Steven C. Reingold, hereby certify that on this 8th day of February, 2011, I caused true copies of the within *Notice of Appearance and Request for Service of Papers* to be served through the Court's CM/ECF system upon the following registered electronic filers appearing in this case, or by regular mail where so indicated:

Charles A. Dale III, Esq.
Mackenzie L. Shea, Esq.
K&L Gates LLP
State Street Financial Center
One Lincoln Street
Boston, Massachusetts 02111
  *Proposed Counsel to the Debtor*

Jennifer L. Hertz, Esq.
Office of the United States Trustee
John W. McCormack Post Office and Courthouse
5 Post Office Square, Suite 1000
Boston, Massachusetts 02109
  *Counsel to the United States Trustee*

Michael J. Pappone, Esq.
Goodwin Procter LLP
53 State Street
Boston, Massachusetts 02109
  *Counsel to TD Bank, N.A.*

Paul W. Carey, Esq.
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, Massachusetts 01608
  *Counsel to W/S Peak Canton Properties, LLC, W/S/M Hingham
  Properties, LLC and Chestnut Hill Shopping Center, LLC*

Christopher R. Vaccaro, Esq.
Two Main Street, Suite 320
Stoneham, Massachusetts 02180
  *Counsel to Wellesley (E&A), LLC*

Taruna Garg, Esq.
Murtha Cullina LLP
99 High Street
Boston, Massachusetts 02110
  *Counsel to The Stop & Shop Supermarket Company LLC*

Marshall F. Newman, Esq.
Newman & Newman, P.C.
One McKinley Square
Boston, Massachusetts 02109
  *Counsel to Katz Irrevocable Trust*

Hobart F. Popick, Esq.
Langrock Sperry & Wool, LLP
P.O. Box 721
210 College Street
Burlington, Vermont 05402
  *Counsel to Century Partners, LP*

Douglas M. Evans, Esq.
Kroll, McNamara, Evans & Delehanty, LLP
65 Memorial Road, Suite 300
West Hartford, Connecticut 06107
  *Counsel to UB Darien, Inc.*

Joseph M. Downes III, Esq.
Demeo & Associates, P.C.
One Lewis Wharf
Boston, Massachusetts 02110
  *Counsel to PJM Associates, LLC*

Joseph A. Foster, Esq.
Michael J. Kenison, Esq.
McLane, Graf, Raulerson & Middleton, Professional Association
900 Elm Street, 11th Floor
P.O. Box 326
Manchester, New Hampshire 03105
  *Counsel to Evergreen Apparel, Ltd.*

    Roger D. Feldman, Esq.                                              via regular mail
    Fish & Richardson, P.C.
    One Marina Park Drive
    Boston, Massachusetts 02210

                                                  /s/ Steven C. Reingold
                                                  _____
                                                  Steven C. Reingold