# United States Bankruptcy Court
### District of Massachusetts

In re  **The Rugged Bear Company, f/d/b/a RB Acquisition Corporation**,                Case No. **11-10577-HJB**
                                         Debtor

                                                                                         Chapter                **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Abram Klein**<br>20 Stearns Street<br>Hyde Park, MA 02136 | Preferred | 5,601 | 3.63% |
| **Alan McDonough**<br>2 Brookfield Road<br>Dover, MA 02030 | Common | 2,065 | 1.34% |
| **Alexander Arnold III**<br>460 East 79th St.<br>Apt. 16B<br>New York, NY 10021 | Preferred | 2,800 | 1.82% |
| **Alfred Rossini**<br>TTEE Windemere APR 2000 Trust<br>3 Wyndemere Drive<br>Southborough, MA 01772 | Preferred | 7,001 | 4.54 |
| **Alvin Bonnette**<br>181 E. Dunstable Road<br>Nashua, NH 03062 | Preferred | 1,400 | 0.91% |
| **Anthony Santosus**<br>16 Gallison Avenue<br>Marblehead, MA 01945 | Preferred | 5,601 | 3.63& |
| **Barry Pallet and Christina Economos**<br>71 Lee Drive<br>Concord, MA 01742 | Preferred | 1,400 | 0.91% |
| **Beverly Radiology Associates**<br>FBO Augustine P. O'Keefe<br>14 Boardman Avenue<br>Manchester, MA 01944 | Preferred | 2,800 | 1.82% |
| **Caroline Powell**<br>10 Pond Road<br>Duxbury, MA 02332 | Preferred | 2,800 | 1.82% |
| **Craig Stockwell**<br>53 Wilbur Street<br>Keene, NH 03431 | Preferred | 2,800 | 1.82% |

___**2**___  continuation sheets attached to List of Equity Security Holders

In re  **The Rugged Bear Company, f/d/b/a RB Acquisition Corporation**,          Case No.  **11-10577-HJB**
                                                                    Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Detwiler Fenton & Co.**<br>**Attn:  Anne Buckley, Chief Legal Officer**<br>**100 High Street**<br>**Boston, MA 02110** | **Preferred** | **7,001** | **4.54%** |
| **Detwiler Fenton & Co.**<br>**Attn:  Anne Buckley, Chief Legal Officer**<br>**100 High Street**<br>**Boston, MA 02110** | **Common** | **57,000** | **36.97%** |
| **Dr. James Phillip**<br>**70 Shaw Road**<br>**Chestnut Hill, MA 02167** | **Preferred** | **1,400** | **0.91%** |
| **Edward P. Hunt**<br>**23 Somerset Drive**<br>**Andover, MA 01810** | **Preferred** | **1,400** | **0.91%** |
| **Electra Alessio**<br>**1 Thayer Road**<br>**Kingston, NH 03848** | **Preferred** | **2,800** | **1.82%** |
| **Garret Larson**<br>**10 Wellington Ct.**<br>**Saratoga Springs, NY 12866** | **Common** | **1,315** | **0.85%** |
| **Hugh Powell's IRA**<br>**10 Pond Road**<br>**Duxbury, MA 02332** | **Preferred** | **2,800** | **1.82%** |
| **J. Michael Burry**<br>**481 Carlisle Drive**<br>**Herndon, VA 20170** | **Preferred** | **1,400** | **0.91%** |
| **Joel Haycock**<br>**159 Magazine Street**<br>**Cambridge, MA 02139** | **Preferred** | **28,803** | **15.44%** |
| **John Bowden**<br>**15 Giddings Street**<br>**Beverly, MA 01915** | **Preferred** | **2,800** | **1.82%** |
| **John Chambliss**<br>**One Boston Place**<br>**37th Floor**<br>**Boston, MA 02108** | **Preferred** | **1,400** | **0.91%** |
| **KS One LLC**<br>**Attn:  Christopher Schenek**<br>**137 Lewis Wharf**<br>**Boston, MA 02110** | **Preferred** | **4,201** | **2.72%** |

Sheet  **1**  of  **2**  continuation sheets attached to the List of Equity Security Holders

In re  The Rugged Bear Company, f/d/b/a RB Acquisition Corporation,  Case No. 11-10577-HJB
Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Mitchell Goldfeld<br>38 Porter Lane<br>South Hamilton, MA 01982 | Preferred | 1,400 | 0.91% |
| Robert S. Fers, Jr.<br>36 Jones Road<br>Wallingford, CT 06492 | Preferred | 2,800 | 1.82% |
| Suzanne Loheac<br>55 Main Street<br>Groveland, MA 01834 | Preferred | 5,601 | 3.63% |
| William T. Eaton II<br>336 Bridge Street<br>South Hamilton, MA 01982 | Preferred | 2,800 | 1.82% |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  2/14/11                    Signature _____
                                           Michael O'Hara
                                           Chief Restructuring Officer

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

Sheet  2  of  2  continuation sheets attached to the List of Equity Security Holders