

# SHERIN AND LODGEN

John C. La Liberte
617.646.2173
jclaliberte@sherin.com

March 1, 2011

Clerk of Court
United States Bankruptcy Court
300 State Street
Springfield, MA 01105

Re:   *In re: The Rugged Bear Company, f/d/b/a RB Acquisition Corp.*
      Case No. 11-10577

Dear Sir/Madam:

Pursuant to the Court's Order (I) Authorizing and Scheduling Auction and Sale Hearing With Respect to Proposed Sale of Substantially All of the Debtor's Assets Free and Clear of Any and All Liens, Claims, Encumbrances and Interests; (II) Approving Agency Agreement, Bid Procedures, and Breakup Fee; (III) Approving Form and Manner of Notice; (IV) Shortening Notice Pursuant to Rule 9006 of the Federal Rule of Bankruptcy Procedure; and (V) Granting Related Relief dated February 18, 2011 and accompanying Bid Procedures, enclosed is McBear, Inc.'s Bid (the "Bid") consisting of the following: (a) Asset Purchase Agreement; (b) financial statement of McBear, Inc. dated February 2, 2011; and (c) McBear, Inc. Board of Director's vote authorizing the Bid. McBear, Inc.'s deposit has been forwarded to Debtor's counsel pursuant to the Paragraph (b)(iv) of the Bid Procedures.

Kindly docket same and return the stamped copy to me in the self-addressed, stamped envelope provided.

00306562.DOC / 1

**SHERIN AND LODGEN**

Clerk,
United States Bankruptcy Court
March 1, 2011
Page - 2 -

Please do not hesitate to contact me if you have any questions.

Very truly yours,

John C. La Liberte

JCL:sw
Enclosures

cc:   Charles A Dale, III, Esq.
      Mackenzie L. Shea, Esq.
      Jennifer Hertz, Esq.
      Michael J. Pappone, Esq.
      Steven Reingold, Esq.
      James Wallach, Esq.

00306562.DOC / 1