UNITED STATES BANKRUPTCY COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re ) | |
| ) | Chapter 7 |
| THE RUGGED BEAR COMPANY, ) | Case No. 11-10577-FJB |
| ) | |
| Debtor. ) | |

**STATUS REPORT**

On August 24, 2016, this Court issued a Clerk's Notice of Trustee's Inactivity, requiring Stewart F. Grossman, Chapter 7 Trustee (the "Trustee") to file a status report within thirty days. The Trustee hereby submits such status report.

The Trustee states that on August 9, 2016 he submitted to the Office of the United States Trustee his proposed Trustee's Report Before Distribution. The Trustee expects that in due course, and possibly after requiring the Trustee to make changes, the Office of the United States Trustee will file with this Court the Trustee's Report Before Distribution.

Respectfully submitted,

STEWART F. GROSSMAN,
 CHAPTER 7 TRUSTEE,

By his attorneys,

 /s/ Adam J. Ruttenberg
Adam J. Ruttenberg, BBO 553158
POSTERNAK BLANKSTEIN & LUND LLP
Prudential Tower
800 Boylston Street
Boston, MA  02199
(617) 973-6100
aruttenberg@pbl.com

Dated:  September 13, 2016

2094325v1/19878-2

# **CERTIFICATE OF SERVICE**

I, Adam J. Ruttenberg, hereby certify that I caused a true copy of the **Status Report** to be served, on September 13, 2016, on the following by first-class mail, postage prepaid:

Amato J. Bocchino, Jr., Esq.
Bernkopf Goodman LLP
125 Summer St., Suite 1300
Boston, MA 02110

Century Partners, LP
2 Market Street
South Burlington, VT 05403

Citibank, N.A.
Payment Center
4740 121st Street
Urbandale, IA 50323

Thomas W. Daniels
1265 Scottsville Road
Rochester, NY 14624

Double Diamond Distribution Ltd.
2501 Jasper Avenue
Saskatoon, SK S7J2K2
CANADA

Craig R. Jalbert
Verdolino & Lowey P.C.
124 Washington Street
Foxborough, MA 02035

Katz Irrevocable Trust
410 Boston Post Road, Suite 22
Sudbury, MA 01776

Leonard Lee
P.O. Box 167
West Peterboro, NH  03468-0167

Joan E. Pilver, Esq.
Office of the Attorney General of the State of Connecticut
55 Elm Street, 4th Floor
Hartford, CT 06106

R. David Randall
20 Vernon St
Norwood, MA 02062

Richard S. Rosenstein, Esq.
Nutter, McClennen & Fish, LLP
Seaport West
155 Seaport Boulevard
Boston, MA 02110

Gary P Sanginario
Gary P. Sanginario, PC
176 East Main Street, Suite 3
Westborough, MA 01581

Brent Turner
The Boston Globe
135 Morrissey Boulevard
Boston, MA 02125

U.S.A. Dawgs
4120 W. Windmill Lane, Unit 106
Las Vegas, NV 89139

Wellesley (E&A), LLC
c/o Edens & Avant
21 Custom House Street, Suite 450
Boston, MA 02110

The undersigned understands the following persons received e-mail notices of this filing:

- Kathleen Barclay    barclay@maynardoconnorlaw.com
- Paul W. Carey    pcarey@mirickoconnell.com, bankrupt@mirickoconnell.com
- Craig Cavalier    ccavalier@cavalierlaw.com
- Charles A. Dale, III    chad.dale@klgates.com, bobankruptcyecf@klgates.com
- Joseph P. Davis, III    davisjo@gtlaw.com, ponsettoj@gtlaw.com

2094325v1/19878-2

- Joseph M. Downes, III    jdownes@dmlawllp.com
- Douglas M. Evans    devans@kmelaw.com
- John Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV
- Taruna Garg    tgarg@murthalaw.com
- Sherrill R. Gould    sherryesq@yahoo.com
- Daniel B. Greenberg    dbg@wilsonorcutt.com
- Honor S. Heath    honor.heath@nu.com, honor.heath@gmail.com
- Jennifer L. Hertz    Jennifer.L.Hertz@usdoj.gov
- Michael J. Kenison    bankruptcy@mclane.com;michelle.swenson@mclane.com
- David Koha    koha@casneredwards.com, luo@casneredwards.com
- David B. Madoff    madoff@mandkllp.com, alston@mandkllp.com
- William R. Moriarty    wmoriarty@sassooncymrot.com
- Brian H. Mukherjee    bmukherjee@goodwinprocter.com
- Michael J. Pappone    mpappone@goodwinprocter.com
- David L. Pollack    pollack@ballardspahr.com
- Steven C. Reingold    sreingold@jagersmith.com, bankruptcy@jagersmith.com
- Thomas Richardson    tmr@swiggartagin.com
- Mark C. Rossi    bostonian.ecf@gmail.com, Esher.RossiECF2@gmail.com
- Mackenzie Shea    mackenzie.shea@klgates.com, bobankruptcyecf@klgates.com
- James F. Wallack    jwallack@goulstonstorrs.com
- Steven Weiss    sweiss@ssfpc.com, alewkowicz@ssfpc.com

    /s/ Adam J. Ruttenberg
Adam J. Ruttenberg