UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

IN RE:

The Rugged Bear Company

Debtor (s)

CHAPTER 7

CASE NO: 11-10577 -FJB

# ORDER APPROVING TRUSTEE'S FINAL REPORT AND ACCOUNT BEFORE DISTRIBUTION, REQUEST FOR COMPENSATION, AND REPORT ON CLAIMS/PROPOSED DISTRIBUTION

The Trustee's Final Report and Account before Distribution and attachments thereto having been scheduled for hearing before the Court, and said hearing having been canceled in the absence of objections, and due cause appearing therefor, **IT IS ORDERED:**

That the Trustee's Final Report and Account is hereby **APPROVED** including all requests for compensation and expenses set forth therein and the other attachments thereto.

_____
Frank J. Bailey
United States Bankruptcy Judge

Dated: 03/20/2017